NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000173**
**12-SEP-2013**
**08:06 AM**

NO. CAAP-10-0000173

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
LAWRENCE DEMELLO, JR., Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(Case No. 2P108-02074)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of Plaintiff-Appellee, State of Hawai'i's Motion for Reconsideration filed on September 6, 2013, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, September 12, 2013.

On the motion:

Artemio C. Baxa,
Deputy Prosecuting Attorney,
County of Maui,
for Plaintiff-Appellee.

Presiding Judge

Associate Judge

Associate Judge